IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV187 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBR. DEPT. OF CORR. SRVCS., | ) | **ORDER** |
| OMAHA CORR. CNTR., SCOTT | ) | |
| FRAKES, DR. RANDY KOHL, | ) | |
| BARBARA LEWEIN, CURT WEES, | ) | |
| OMAHA CORR. CNTR. MEDICAL | ) | |
| STAFF, including and all other | ) | |
| unnamed John and Jane Does known | ) | |
| and unknown, D. SMALL, C. | ) | |
| SCHMOKER, DR. KATHLEEN | ) | |
| OGDEN, M. ANTLEY, M. WESLEY, | ) | |
| and JOHN AND JANE DOES, known | ) | |
| and unknown employees and/or | ) | |
| contractors, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's objection (Filing No. 13) to the court's Memorandum and Order (Filing No. 11) dismissing Plaintiff's official-capacity claims against defendants Frakes, Kohl, Lewein, Wees, Small, Schmoker, Ogden, Antley, and Wesley and dismissing Plaintiff's claims against defendants Nebraska Department of Correctional Services and Omaha Correctional Center is denied.

DATED this 19th day of August, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge