IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV187 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, DR. RANDY KOHL, BARBARA LEWEIN, CURT WEES, OMAHA CORR. CNTR. MEDICAL STAFF, including and all other unnamed John and Jane Does known and unknown, C. SCHMOKER, DR. KATHLEEN OGDEN, M. ANTLEY, M. WESLEY, and JOHN AND JANE DOES, known and unknown employees and/or contractors, | ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, an inmate at the Omaha Correctional Center, alleges that the defendants, in their individual capacities, violated the Eighth Amendment when they were deliberately indifferent to Plaintiff's serious medical needs. Individual defendants Frakes, Kohl, Lewein, Wees, Schmoker, Ogden, Antley, and Wesley have filed an Answer (Filing 45). As to the remaining defendants—that is, "OMAHA CORR. CNTR. MEDICAL STAFF, including and all other unnamed John and Jane Does known and unknown" and "JOHN AND JANE DOES, known and unknown employees and/or contractors"—the court ordered Plaintiff to identify them by name and address on or before March 30, 2017, so the court could process the documents necessary to initiate service of process on those defendants. Plaintiff was warned that his failure to do so would result in dismissal of these defendants without prejudice and without further notice. (Filing 47.)

Because Plaintiff has failed to comply with the court's order, the unnamed defendants shall be dismissed from this case without prejudice. *See* [Fed. R. Civ. P. 41(b)](). Accordingly,

IT IS ORDERED that defendants "OMAHA CORR. CNTR. MEDICAL STAFF, including and all other unnamed John and Jane Does known and unknown" and "JOHN AND JANE DOES, known and unknown employees and/or contractors" are dismissed from this case without prejudice because Plaintiff failed to comply with this court's order.

DATED this 10th day of April, 2017.

        BY THE COURT:
        s/ *Richard G. Kopf*
        Senior United States District Judge