IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV187 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, DR. RANDY KOHL, BARBARA LEWEIN, CURT WEES, C. SCHMOKER, DR. KATHLEEN OGDEN, M. ANTLEY, and M. WESLEY, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' Motion to Extend Progression Order Deadline to File Dispositive Motions (Filing No. 49) is GRANTED, and the deadline to file dispositive motions is extended from June 16, 2017, to July 28, 2017. The court shall issue an Amended Progression Order in due course.

DATED this 14th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge