IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV187 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, DR. RANDY KOHL, BARBARA LEWEIN, CURT WEES, C. SCHMOKER, DR. KATHLEEN OGDEN, M. ANTLEY, and M. WESLEY, | ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' Motion to Extend Progression Order Deadline to File Dispositive Motions (Filing No. 52) is GRANTED, and the deadline to file dispositive motions is extended from July 28, 2017, to August 30, 2017. The court will issue a Second Amended Progression Order in due course.

DATED this 27th day of July, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge